| | | | |
|---|---|---|---|
| AUSA: | Margaret Smith | Telephone: | (313) 226-9135 |
| Special Agent: | Bradley Cioma | Telephone: | (313) 965-2323 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Denzel Anthony GIBBS

Case No.  Case: 2:22–mj–30109
Assigned To : Unassigned
Assign. Date : 3/1/2022
CMP USA V GIBBS (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 28, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:
Seee attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Bradley Cioma
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 1, 2022__

_____
Judge's signature

City and state: __Detroit, MI__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bradley Cioma, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent with the FBI and have been since May of 2017. I am assigned currently to the FBI Detroit Division's Strike Force Group 1. Prior to working at the FBI, I was a police officer for six years in Plymouth Township, Michigan. I have participated in training related to and conducted dozens of investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking.

2. The statements contained in this Affidavit are based on my experience as a special agent, information provided by police officers, other agents of the FBI, and other law enforcement personnel, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through training and experience.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

## Probable Cause

4. I am currently investigating Denzel Anthony GIBBS, date of birth xx/xx/1995, for violations of federal law, specifically, 21 U.S.C. § 841(a)(1), possession with intent to distribute controlled substances.

5. On February 28, 2022, Detectives from the Michigan State Police were observing the public areas of the Greyhound Bus Station in Detroit, Michigan. At approximately 6:00pm, a dark blue Dodge Ram pulled up to the Greyhound Bus Station and a male wearing a blue jacket, white t-shirt and red shoes exited the vehicle. The male walked into the station and purchased a ticket and then left the station, getting back into the Ram and driving away, the subject appeared to be the driver of the vehicle.

6. At approximately 8:10pm, the same Ram truck arrived back at the Greyhound Bus station and parked in the front of the building, where passengers are typically dropped off. The truck remained parked in front of the Greyhound Bus station with no one exiting the vehicle. There was a scheduled outbound Greyhound Bus that was set to depart the station at 8:35pm, bound for southern states. At approximately 8:24pm a male exited the Ram pickup and entered the Greyhound Bus station. The male was wearing a gray winter hat, a dark jacket, and a Carhart backpack, this did not appear to be the same male

who exited the Ram pickup truck earlier in the day, entered the bus station and purchased a ticket.

7. At approximately 8:25pm, the Ram pickup was observed driving away from the Greyhound Bus station while the male was exited the Ram with wearing the gray winter hat, dark jacket and wearing the Carhart backpack remained inside the station. Detectives know from their training and experience it is common among narcotics traffickers to have someone else buy their ticket and then they will return later with the ticket and the illegal narcotics, this minimizes the amount of time the illegal narcotics traffickers have to spend in the Greyhound Bus station and minimizes their potential exposure to law enforcement. Additionally, Detectives know from their training and experience that it is common for illegal narcotics traffickers to wait in the vehicle they arrived in and enter the lobby of the Greyhound Bus station right before departure to minimize their time in the lobby of the station and minimize their potential exposure to law enforcement.

8. At this time there was line to board the outbound 8:35pm bus and the male with the gray winter hat and dark jacket was observed getting into the line. Detectives were standing near the bus and observed the male with the gray winter hat and dark jacket was staring directly at them. As the male subject

3

proceeded through the line and began to walk toward the bus Detectives made a consensual contact with the male subject asking if they could speak to him.

9. The male presented a bus ticket to the Detectives after agreeing to speak with them. Detectives asked the male where he was headed and if he had any identification, the male stated Pittsburgh and stated he did not have his identification. Detectives then asked the male if his name was on his bus ticket, the male said it wasn't and that someone else had bought his ticket.

10. Detectives then asked the subject what his name was, and he stated Rodney Denzel Gibbs and provided a date of birth. Detectives then ran the provided name through the Michigan Law Enforcement Information Network (LEIN). Detectives know from their training and experience that it is a common tactic for narcotics traffickers to use a false name on their bus ticket and to also provide a verbal alias in an effort to hide their identity. Detectives then ran the name in the state of Michigan mug shot and secretary of state repository, it did not show a positive return.

11. Detectives then advised the male that they were at the Greyhound Bus station talking to people about their travel destinations and where they are from. The male advised that he was headed to Pittsburgh and was from Detroit. Detectives advised the male that they appreciate him speaking with them and that they sometimes find subjects trafficking illegal narcotics or firearms or

4

who are wanted for serious felonies, they advised him they were not accusing him of any of these things but advised him that they could not find his name in LEIN and asked him for an address he was registered to.

12. The male provided an address of 23XXX Camden Square, which did not provide a positive return. Detectives then asked the male if he was carrying any weapons on his person and he stated no. He gave consent for the Detectives to pat him down. Detectives asked the male if he had any drugs or weapons in his bag and he stated no. The male then provided a Michigan Identification Card, identifying himself as Denzel Anthony GIBBS, it was confirmed at that time that GIBBS was giving the Detectives a false name when he previously verbally told them his name, additionally it confirmed that the name on his bus ticket was not his.

13. Detectives then ran GIBBS in LEIN and observed that he had multiple warrants for his arrest in the state of Michigan. Detectives then asked for consent to search the backpack GIBBS was wearing and he stated "yeah". Detectives confirmed his response by asking again, it is ok to search his bag? GIBBS stated "yes" and began to take his bag off his back.

14. GIBBS then stated: "I can't lie to you anymore, I have drugs in my bag". Detectives then advised GIBBS that he was being detained and handcuffed him. Detectives asked GIBBS if he had marijuana in his bag and he stated no,

5

Detectives then asked if it was a lot of drugs or just a little drugs, GIBBS did not answer. Detectives asked if there was any fentanyl in his bag that could be harmful to them and GIBBS stated he did not know.

15. Detectives took custody of the bag and walked GIBBS and his bag to read of the Greyhound Bus station. On scene was a K9 officer and his K9, who then performed a sniff of GIBBS backpack. The K9 gave a positive indication on the bag. Detectives then searched the bag and found inside was men's clothing that visually appeared to fit GIBBS and two tied plastic bags, inside one of the plastic bags was multiple bags of suspected crystal Methamphetamine, and inside the other plastic bag was multiple bags of suspected crystal methamphetamine and one bag that contained suspected crack cocaine and powder cocaine.

16. Detectives then placed GIBBS under arrest for possession of the suspected methamphetamine, crack cocaine and powder cocaine. GIBBS was transported to the Macomb County Jail where he was housed. A TruNarc scan was done on all the plastic bags containing the suspected methamphetamine, they all tested positive for methamphetamine and collectively weighed approximately 1,590.2 grams. A TruNarc scan was done on the plastic bag containing the suspected crack, and it tested positive for cocaine base and weighed approximately 68.8 grams. A TruNarc scan was done on the plastic

6

bag containing the suspected powder cocaine and it tested positive for cocaine HCL and weighed approximately 16.3 grams.









17. On March 1, 2022 GIBBS was interviewed by Michigan State Police Detective Matthew Kiser. GIBBS was advised of his Miranda rights and consented to an audio recorded interview. During the interview he claimed responsibility for everything found in his backpack at the Greyhound Bus station and stated, "its all me" and stated no one else was involved.

## Conclusion

18. Based on the above information, probable cause exists to believe that, Denzel Anthony GIBBS, violated 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Controlled Substances.

Respectfully submitted,

Bradley Cioma, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
United States Magistrate Judge

Dated: _____March 1, 2022_____

11